```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION

STARDUST, 3007 L.L.C. d/b/a    *
Stardust, and MICHAEL          *
MORRISON,                      *     CIVIL ACTION FILE
                               *
    Plaintiffs-                *     No. 1:14-CV-3534-ELR
    Counter-defendants,        *
                               *
    -vs-                       *
                               *
CITY OF BROOKHAVEN, GEORGIA,   *
                               *
    Defendant-                 *
    Counterplaintiff,          *
                               *
and SUSAN CANON, individually  *
and in her official capacity   *
as Director of Community       *
Development,                   *
                               *
```

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

**(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

Stardust, 3007 L.L.C.

Michael Morrison

City of Brookhaven, Georgia

Susan Canon

Ben Song

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

    Georgia Interlocal Risk Management Agency

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

    For the plaintiffs:    Cary S. Wiggins

    For the defendants:    Scott D. Bergthold

                                  Bryan A. Dykes

                                  Harvey Scott Gray

                                  Matthew Albert Ericksen

                                  Emily E. Macheski-Preston

    This 14th day of January, 2015.

                                  Respectfully submitted,

                                  WIGGINS LAW GROUP

                                  BY: /s/ Cary S. Wiggins
                                  Cary S. Wiggins
                                  Ga. Bar No. 757657

Suite 401
260 Peachtree Street, NW
Atlanta, GA 30303
Telephone: (404) 659-2880

**CERTIFICATE OF SERVICE**

I certify that on this date, I electronically filed this CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

    Scott D. Bergthold, Esq.
    Bryan A. Dykes, Esq.
    Law Office of Scott D. Bergthold, P.L.L.C.
    7446 Shallowford Road, Suite 202
    Chattanooga, Tennessee 37421

    Harvey Scott Gray, Esq. and
    Matthew Albert Ericksen, Esq.
    Gray Rust St Amand Moffett & Brieske LLP
    Suite 1700
    950 E. Paces Ferry Rd.
    Atlanta GA 30326

    Emily E. Macheski-Preston, Esq.
    Coleman Talley LLP
    3475 Lenox Road NE, Suite 400
    Atlanta, GA 30326

This 14th day of January, 2015.

                                    By: /s/ Cary S. Wiggins
                                    Cary S. Wiggins
                                    Ga. Bar No. 757657

WIGGINS LAW GROUP
Suite 401
260 Peachtree Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 659-2880
Facsimile: (404) 659-3274
cary@wigginslawgroup.com